Provided to Marion C.I. on 11/21/13 for mailing by JEW Legal Mail

**FILED**

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

2018 NOV 26 PM 3:10

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

JAMES EDWARD WASHINGTON,

Petitioner,

v.

Case No: 6:18-cv-1915-Orl-18KRS

SECRETARY, DEPARTMENT OF CORRECTIONS and ATTORNEY GENERAL, STATE OF FLORIDA,

Respondents.

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__✓__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

State Habeas Corpus (Ineffective Assistance of Appellate Counsel.)

__✗__ (J.E.W.) IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: November 21, 2018

_James E. Washington_
Counsel of Record or *Pro Se* Party
[Address and Telephone]